

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

### Petition for Warrant
### with Attached Request for
### Court Action Direction Detailing Probable Cause

Supervisee: John Dupont                    Docket Number: 1:19CR00444-01 (RMB)

Sentencing Judge: Honorable Richard M. Berman, Senior U.S. District Judge

Date of Original Sentence: April 14, 2022

Original Offense: Count One: Wire Fraud, 18 U.S.C. 1343 and 2, a Class C Felony; and Count Two: Aggravated Identity Theft, 18 U.S.C. 1028A(a)(1) and (b), a Class E Felony

Original Sentence: Count One: Eighteen (18) Months' Imprisonment; Count Two: Twenty-four (24) Months' Imprisonment, consecutive, for a total of Forty-two (42) Months' Imprisonment; and Three (3) Years' Supervised Release

Special Conditions:    1) Therapeutic counseling; 2) Reside with son or in a nursing home; 3) Financial Disclosure; 4) No new credit charges or new lines of credit; 5) $245,200 Restitution

Type of Supervision: Supervised Release     Date Supervision Commenced: October 12, 2022

### PETITIONING THE COURT TO ISSUE A WARRANT

The supervisee has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1. ON OR ABOUT NOVEMBER 9, 2022, NOVEMBER 14, 2022, NOVEMBER 15, 2022, AND NOVEMBER 17, 2022, THE SUPERVISEE FAILED TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICE, IN THAT HE FAILED TO CONTACT THE PROBATION OFFICER BY PHONE AS DIRECTED. CONDITION #2, GRADE C VIOLATION.

2. ON OR ABOUT NOVEMBER 8, 2022, THE SUPERVISEE FAILED TO NOTIFY THE PROBATION OFFICE OF A CHANGE IN RESIDENCE WITHIN 72 HOURS OF BECOMING AWARE OF ANY CHANGE OR EXPECTED CHANGE IN RESIDENCE. CONDITION #5, GRADE C VIOLATION.

3. ON OR BEFORE JANUARY 23, 2023, THE SUPERVISEE FAILED TO MAKE A GOOD FAITH EFFORT TO PAY THE COURT-ORDERED RESTITUTION, IN THAT

HE HAS NOT MAKE PAYMENTS TOWARDS THE IMPOSED RESTITUTION. SPECIAL CONDITION, GRADE C VIOLATION.

U.S. Probation Officer Recommendation:

The conditions of supervision should be modified as follows:

You must be monitored by the form of location monitoring indicated below for a period of six (6) months and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer. **(The Court selects restriction)**

\_\_\_\_ Location monitoring technology at the discretion of the officer
\_\_\_\_ Radio Frequency (RF) Monitoring
\_\_\_\_ Passive GPS Monitoring
\_\_\_\_ Active GPS Monitoring (including hybrid GPS)
\_\_\_\_ Voice Recognition

The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release: **(The Court selects restriction)**

\_\_\_\_ You are restricted to your residence every day from \_\_\_\_ to \_\_\_\_, or as directed by the supervising officer (Curfew).
\_\_\_\_ You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer (Home Detention).
\_\_\_\_ You are restricted to your residence at all times except for medical necessities and Court appearances or other activities specifically approved by the Court (Home Incarceration).

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Joshua Sparks
Chief U.S. Probation Officer

Sandra Velez-Garcia
U.S. Probation Officer

Approved By:
Shawnté Lorick
Supervisory U.S. Probation Officer

DATE: January 25, 2023

Docket No.: 1:19CR00444-01 (RMB)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/23

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

Richard M. Berman

Honorable Richard M. Berman
Senior U.S. District Judge
1/25/23
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:19CR00444-01 (RMB) |
| | ) | |
| John Dupont | ) | |
| | ) | |

# ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay John Dupont, who is accused of an offense or violation based on the following document filed with the court:

_X_ Supervised Release Violation Petition

This offense is briefly described as follows:

Non-Compliance with supervised release conditions as outlined in the petition.

Date: _1/25/23_                         _Richard M. Berman_
                                        *Issuing officer's signature*

City and state: New York, NY            Honorable Richard M. Berman,
                                        Senior U.S. District Judge
                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                    _____ <br> *Arresting officer's signature* |
| City and state: _____          _____ <br> *Printed name and title* |